FILED
CLERK, U.S. DISTRICT COURT

APR 14 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:21-mj-01830 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (Fed.R.Crim.P. 32.1(a)(6) |
| ABRAHAM PULCHERIO ARELLANO, SR., ) | 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. ) | |

    On arrest warrant issued by the United States District Court for the Southern District of California involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.    (x) the appearance of defendant as required; and/or

        B.    (x) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: Instant offense allegations; criminal history

   B. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: instant offense allegations; criminal history

IT IS ORDERED that defendant be detained.

DATED: April 14, 2021

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge